| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Spaid Mechanical, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-0350528** |
| **4.** | **Debtor's address** | **Principal place of business**  **2243 Springfield Rd.**  **Bloomington, IL 61705**  Number, Street, City, State & ZIP Code  **McLean**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **Spaid Mechanical, Inc.** _____ Case number (*if known*) _____
       Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  **Spaid Mechanical, Inc.**_____    Case number (*if known*)_____
         Name

11. **Why is the case filed in *this district?***    *Check all that apply:*

    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*

    ☐ Funds will be available for distribution to unsecured creditors.
    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Spaid Mechanical, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 28, 2018**
              MM / DD / YYYY

X **/s/ Aaron R. Spaid**                             **Aaron R. Spaid**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ A. Christopher Cox**                         Date **June 28, 2018**
Signature of attorney for debtor                     MM / DD / YYYY

**A. Christopher Cox**
Printed name

**Cox & Associates, LLC**
Firm name

**202 N. Center St.**
**Bloomington, IL 61701**
Number, Street, City, State & ZIP Code

Contact phone   **309-828-7331**     Email address   **ChristopherCox@coxandassoc.com**

**6296142 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Spaid Mechanical, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Ally**<br>Creditor's Name<br><br>**P.O. Box 9001951**<br>**Louisville, KY 40290-1951**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**7433**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2013 Chevrolet**<br><br>**Describe the lien**<br>**Auto Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,487.98 | $11,810.00 |
| 2.2 **First State Bank**<br>Creditor's Name<br><br>**502 N. Hershey Rd.**<br>**Bloomington, IL 61704**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**1013**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2013 Ford F250**<br><br>**Describe the lien**<br>**Auto Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $13,000.00 | $6,252.00 |

Debtor **Spaid Mechanical, Inc.**                                                                     Case number (if know)
      Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $16,487.98

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name: **Spaid Mechanical, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**
**Bloomington Winnelson**
416 S. Robinson
Unit 6A
Bloomington, IL 61701

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,572.29**

---

**3.2**   **Nonpriority creditor's name and mailing address**
**Bradford Supply Company**
P.O. Box 246
Robinson, IL 62454

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$59.92**

---

**3.3**   **Nonpriority creditor's name and mailing address**
**Capital Group, Inc.**
P.O. Box 3801
Springfield, IL 62708

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$33,257.82**

---

**3.4**   **Nonpriority creditor's name and mailing address**
**Capital One**
P.O. Box 6492
Carol Stream, IL 60197-6492

Date(s) debt was incurred  _
Last 4 digits of account number  **8870**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset?  ■ No  ☐ Yes

**$14,677.16**

---

Debtor **Spaid Mechanical, Inc.**     Case number (if known)
     Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Commerce Bank - Commercial Cards**<br>**P.O. Box 808009**<br>**Kansas City, MO 64180-8009**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4398** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Credit card purchases**<br>Is the claim subject to offset? ■ No  ☐ Yes | $8,566.62 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Connor Co.**<br>**413 E. Oakland**<br>**Bloomington, IL 61701**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $601.90 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**East Street Hardware & Tools**<br>**503 N. East St.**<br>**Bloomington, IL 61701**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $50.40 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Frontline Asset Strategies**<br>**2700 Snelling Ave. N.**<br>**Ste. 250**<br>**Roseville, MN 55113**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **0992** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Collections for ON Deck Capital Inc.**<br>Is the claim subject to offset? ■ No  ☐ Yes | $143,162.68 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Hesse Martone, PC**<br>**13354 Manchester Rd.**<br>**Ste. 100**<br>**Saint Louis, MO 63131**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,948.96 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Illinois Prairie Electric**<br>**P.O. Box 0888**<br>**Bloomington, IL 61702**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $590.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Jackson Lewis P.C.**<br>**7733 Forsyth Blvd.**<br>**Ste. 600**<br>**Saint Louis, MO 63105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

Debtor   **Spaid Mechanical, Inc.**                                                            Case number (if known)
          Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jim Spaid**<br>**16758 Cheyenne Rd.**<br>**Heyworth, IL 61745**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Working Capital**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $26,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**LU#99 Benefit Funds**<br>**4600 46th Ave.**<br>**Rock Island, IL 61201**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Pension & Health Welfare Contributions**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $14,423.71 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Mark Hicks**<br>**136 Greenwood Ave.**<br>**Bloomington, IL 61704**<br><br>Date(s) debt was incurred  **03/01/2017**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lease Agreement**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $4,750.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**McDonald Supply Bloomington**<br>**P.O. Box 5596**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **8851** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,718.90 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Pat Alspaugh**<br>**144 Blackhawk Trace**<br>**Galena, IL 61036**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Working Capital**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $9,865.43 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Plumbers & Pipefitters Local 99 Pension**<br>**c/o: Patrick N. Ryan**<br>**Baum, Sigman, Auerbach**<br>**200 W. Adams St., Ste. 2200**<br>**Chicago, IL 60606-5231**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Judgment 2017-cv-1555**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $465,374.94 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Water Products Company of Illinois**<br>**P.O. Box 50**<br>**Aurora, IL 60507-0050**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $35,385.03 |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Spaid Mechanical, Inc.**    Case number (if known)
         Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 766,005.76 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c.  $ | 766,005.76 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Spaid Mechanical, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2243 Springfield Rd.**<br>**Bloomington, IL 61701** | |
| | State the term remaining | **December 2018** | **Mark Hicks**<br>**136 Greenwood Ave.**<br>**Bloomington, IL 61704** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Spaid Mechanical, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                            12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                               *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Aaron Spaid** | **3502 Zachary Lane**<br>**Bloomington, IL 61704** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of Illinois

In re  **Spaid Mechanical, Inc.**                                                                                     Case No.
Debtor(s)                                                                                        Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                          $        **1,500.00**
    Prior to the filing of this statement I have received                              $        **1,500.00**
    Balance Due                                                                                     $              **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 28, 2018** | **/s/ A. Christopher Cox** |
| *Date* | **A. Christopher Cox** |
| | *Signature of Attorney* |
| | **Cox & Associates, LLC** |
| | **202 N. Center St.** |
| | **Bloomington, IL 61701** |
| | **309-828-7331  Fax: 309-827-7423** |
| | **ChristopherCox@coxandassoc.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Central District of Illinois

In re **Spaid Mechanical, Inc.**  
Debtor(s)

Case No.  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Spaid Mechanical, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 28, 2018**  
Date

/s/ A. Christopher Cox  
**A. Christopher Cox**  
Signature of Attorney or Litigant  
Counsel for **Spaid Mechanical, Inc.**  
Cox & Associates, LLC  
202 N. Center St.  
Bloomington, IL 61701  
309-828-7331 Fax:309-827-7423  
ChristopherCox@coxandassoc.com