**Information to identify the case:**

| Debtor | **Spaid Mechanical, Inc.** | EIN | 27–0350528 |
|---|---|---|---|
| | Name | | |

| United States Bankruptcy Court | Central District of Illinois | Date case filed for chapter 7 | 6/28/18 |
|---|---|---|---|
| Case number: | 18–70949 | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline           12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Spaid Mechanical, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2243 Springfield Rd.<br>Bloomington, IL 61705 | |
| 4. | **Debtor's attorney**<br>Name and address | A. Christopher Cox<br>Cox & Associates, LLC<br>202 N. Center<br>Bloomington, IL 61701 | Contact phone 309–828–7331<br><br>Email: christophercox@coxandassoc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey D Richardson<br>132 S Water St, Suite 444<br>Decatur, IL 62523 | Contact phone 217–425–4082<br><br>Email: jdrdec@aol.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701<br><br>Visit www.ilcb.uscourts.gov for this court's mandatory electronic filing policy. | Hours open 8:00 am – 5:00 pm<br><br>Contact phone 217–492–4551<br><br>Date: 6/29/18 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | August 6, 2018 at 09:30 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **LOCATION:**<br><br>**Law and Justice Center, Courtroom 3E, 104 W Front St, Bloomington, IL 61701** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **1**

United States Bankruptcy Court
Central District of Illinois

In re:  
Spaid Mechanical, Inc.  
    Debtor

Case No. 18-70949-mpg  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0753-3    User: emcc    Page 1 of 1    Date Rcvd: Jun 29, 2018  
                    Form ID: 309C    Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db          +Spaid Mechanical, Inc.,    2243 Springfield Rd.,    Bloomington, IL 61701-8339
tr          +Jeffrey D Richardson,    132 S Water St, Suite 444,    Decatur, IL 62523-1094
6926806     +Aaron Spaid,    3502 Zachary Lane,    Bloomington, IL 61704-6458
6926808     +Bloomington Winnelson,    416 S. Robinson,   Unit 6A,    Bloomington, IL 61701-5475
6926809     +Bradford Supply Company,    P.O. Box 246,    Robinson, IL 62454-2046
6926812     +Commerce Bank - Commercial Cards,    P.O. Box 808009,    Kansas City, MO 64180-8009
6926813     +Connor Co.,    413 E. Oakland,    Bloomington, IL 61701-5354
6926814     +East Street Hardware & Tools,    503 N. East St.,    Bloomington, IL 61701-4007
6926817     +Hesse Martone, PC,    13354 Manchester Rd.,    Ste. 100,    Saint Louis, MO 63131-1738
6926818     +Illinois Prairie Electric,    P.O. Box 0888,    Bloomington, IL 61702-0888
6926819    #+Jackson Lewis P.C.,    7733 Forsyth Blvd.,    Ste. 600,    Saint Louis, MO 63105-1873
6926820     +Jim Spaid,    16758 Cheyenne Rd.,    Heyworth, IL 61745-9031
6926821     +LU#99 Benefit Funds,    4600 46th Ave.,    Rock Island, IL 61201-7143
6926822     +Mark Hicks,    136 Greenwood Ave.,    Bloomington, IL 61704-7034
6926824     +McDonald Supply Bloomington,    P.O. Box 5596,    Carol Stream, IL 60197-5596
6926825     +Pat Alspaugh,    144 Blackhawk Trace,    Galena, IL 61036-9498
6926826     +Plumbers & Pipefitters Local 99 Pension,    c/o: Patrick N. Ryan,    Baum, Sigman, Auerbach,
               200 W. Adams St., Ste. 2200,    Chicago, IL 60606-5209
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: christophercox@coxandassoc.com Jun 29 2018 20:06:45     A. Christopher Cox,
               Cox & Associates, LLC,    202 N. Center,    Bloomington, IL 61701
ust         +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Jun 29 2018 20:07:09     U.S. Trustee,
               Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,    Peoria, IL 61602-1241
6926807     +EDI: GMACFS.COM Jun 30 2018 00:03:00      Ally,    P.O. Box 9001951,    Louisville, KY 40290-1951
6926810     +E-mail/Text: jyagow@capitolgroupinc.com Jun 29 2018 20:06:49     Capital Group, Inc.,
               P.O. Box 3801,    Springfield, IL 62708-3801
6926811     +EDI: CAPITALONE.COM Jun 30 2018 00:04:00      Capital One,    P.O. Box 6492,
               Carol Stream, IL 60197-6492
6926815     +E-mail/Text: bankruptcy@firststatebank.biz Jun 29 2018 20:06:53     First State Bank,
               502 N. Hershey Rd.,    Bloomington, IL 61704-3753
6926816     +E-mail/Text: Banko@frontlineas.com Jun 29 2018 20:07:55     Frontline Asset Strategies,
               2700 Snelling Ave. N.,    Ste. 250,    Roseville, MN 55113-1783
6926827     +E-mail/Text: paul@waterproductscompany.com Jun 29 2018 20:06:50
               Water Products Company of Illinois,    P.O. Box 50,    Aurora, IL 60507-0050
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6926823*     +Mark Hicks,    136 Greenwood Ave.,    Bloomington, IL 61704-7034
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
              A. Christopher Cox    on behalf of Debtor    Spaid Mechanical, Inc. christophercox@coxandassoc.com
              Jeffrey D Richardson    jdrdec@aol.com, il37@ecfcbis.com
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```